LOEB & LOEB LLP
ROBERT A. MEYER (SBN 066847)
rmeyer@loeb.com
DANIEL J. FRIEDMAN (SBN 158297)
dfriedman@loeb.com
AMANDA J. SHERMAN (SBN 276138)
asherman@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Third Party Wilson, Sonsini,
   Goodrich & Rosati, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ZCO LIQUIDATING CORPORATION, (F/K/A OCZ TECHNOLOGY GROUP, INC.) ET AL.<br><br>Subpoena Enforcement Matter. | Misc. Case No.: 3:15-MC-80010-EDL<br><br>Magistrate Judge Elizabeth Laporte<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 3-13, third party Wilson, Sonsini Goodrich & Rosati, P.C. ("WSGR") advises the Court that this miscellaneous action involves all or a material part of the same subject matter, and several of the same parties, as two other actions pending in this District, namely:

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2407299.1
224181-10001                    NOTICE OF PENDENCY OF OTHER ACTIONS

(1) *In re OCZ Technology Group, Inc. Shareholder Derivative Litigation*, Lead Case No. C-312-cv-05556-RS (the "Derivative Action").

The trustee of a creditors' trust has served subpoenas on WSGR and other persons in connection with a Delaware bankruptcy proceeding for the successor to OCZ Technology Group, Inc. ("OCZ"), which was the central party of the above-referenced Derivative Action.  Notably, the trustee has stated that a principal purpose of the subpoenas is to challenge the settlement of the Derivative Action.  However, on October 17, 2013, United States District Judge Richard Seeborg entered a *Final Judgment and Dismissal With Prejudice* in the Derivative Action based upon a global settlement that, after notice and a hearing, the Court found to be "fair, reasonable, and adequate" and "in the best interests of OCZ and its shareholders."  WSGR and other parties served with the trustee's subpoenas are contending in this miscellaneous action that, among other things, the subpoenas are improper because the doctrine of *res judicata* bars the trustee from attempting to overturn the judicially approved settlement of the Derivative Action.

Accordingly, WSGR requests that this newly-filed miscellaneous action, which centers on a motion to quash the subpoenas served on WSGR and others, be assigned to Judge Seeborg in the interests of judicial economy and to avoid conflicting findings or rulings.

(2) *In re OCZ Technology Group, Inc. Shareholder Derivative Litigation*, Case No. C-312-cv-0265-RS (the "Class Action").

The trustee has also stated that a purpose of the subpoenas is to gather facts to challenge the settlement in the above-referenced Class Action.  That action is also before Judge Seeborg and a settlement has been reached, but the settlement has not yet been approved by the Court.  WSGR requests that this miscellaneous action be assigned to Judge Seeborg for this reason as well.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2407299.1
224181-10001

2

NOTICE OF PENDENCY OF OTHER ACTIONS

| | |
|---|---|
| Dated:   January 20, 2015 | LOEB & LOEB LLP<br>ROBERT A. MEYER<br>DANIEL J. FRIEDMAN<br>AMANDA J. SHERMAN |
| | By:  */s/ Daniel J. Friedman*<br>        Daniel J. Friedman<br>        Attorneys for Third Party<br>        Wilson, Sonsini, Goodrich & Rosati, P.C. |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2407299.1
224181-10001

3
NOTICE OF PENDENCY OF OTHER ACTIONS

**CERTIFICATION RE SIGNATURES**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated:   January 20, 2015

LOEB & LOEB LLP
ROBERT A. MEYER
DANIEL J. FRIEDMAN
AMANDA J. SHERMAN


By:   */s/ Daniel J. Friedman*
         Daniel J. Friedman
         Attorneys for Third Party
         Wilson, Sonsini, Goodrich & Rosati, P.C.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2407299.1
224181-10001

NOTICE OF PENDENCY OF OTHER ACTIONS